**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SCOTT AVERY WILSON, Individually and**                                                                                  **PLAINTIFF**
**On Behalf of All Others Similarly Situated**

**V.**                                        **NO. 4:18-CV-0491-SWW**

**FILTREX SERVICE GROUP, INC. and**                                                                      **DEFENDANTS**
**CHRISTOPHER BLOUNT**

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

       Separate Defendant, Filtrex Service Group, Inc. (Filtrex), by and through its undersigned counsel, respectfully submits this Motion for Extension of Time to Respond to Plaintiff's Complaint, as follows:

       1.        Plaintiff filed his Original Complaint – Collective Action on July 27, 2018. *See* ECF No. 1. Filtrex was served with the Complaint on August 1, 2018, making a response due on or before August 22, 2018.

       2.        Filtrex respectfully requests a twenty-one (21) day extension of time up to and including September 13, 2018, in which to respond to Plaintiff's Complaint in the above-referenced matter.

       3.        Counsel for Filtrex has contacted Plaintiff's counsel concerning this requested extension. Plaintiff does not oppose this request for an extension.

       4.        Counsel for both parties have also agreed to a 21-day tolling of the applicable statute(s) of limitation pertaining to the putative class claims alleged in Plaintiff's Complaint, subject to the Court's approval of this Motion.

       5.        This Motion is made in in good faith and not for undue delay or any improper purpose.

237264

WHEREFORE, for good cause shown, Defendant Filtex Service Group, Inc. respectfully requests an extension of time of up to and including September 13, 2018, in which to respond to Plaintiff's Complaint.

Respectfully submitted,

By: */s/ Gregory J. Northen*
Gregory J. Northen, AR Bar No. 2011181
CROSS, GUNTER, WITHERSPOON
 & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
(501) 371-9999
Fax: (501) 371-0035
gnorthen@cgwg.com

**Attorneys for Filtrex Service Group, Inc. and Christopher Blount**

## CERTIFICATE OF SERVICE

I, Gregory J. Northen, the undersigned, hereby certify that on August 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

> Daniel Ford, AR Bar No. 2014162
> Chris Burks, AR Bar No. 2010207
> Josh Sanford, AR Bar No. 2001037
> SANFORD LAW FIRM, PLLC
> One Financial Center
> 650 South Shackleford Road, Suite 411
> Little Rock, AR   72211
> Telephone:  (501) 221-0088
> Facsimile:  (888) 787-2040
> daniel@sanfordlawfirm.com
> chris@sanfordlawfirm.com
> josh@sanfordlawfirm.com

            /s/ Gregory J. Northen
                Gregory J. Northen

237264