# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SCOTT AVERY WILSON, individually and on behalf of all other similarly situated, </br></br>  Plaintiff, </br></br> vs. </br></br> FILTREX SERVICE GROUP, INC; and, CHRISTOPHER BLOUNT </br></br> Defendants. | Case No. 4:18-cv-491-BRW |

## JOINT MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

COMES NOW Plaintiff, Avery Scott Wilson ("Plaintiff") and, Defendants, Filtrex Service Group, Inc. and Christopher Blount (collectively "Defendants") and respectfully request the Court to transfer this matter to the United States District Court for the Northern District of Oklahoma. In support of this motion, the parties would show the following:

1. On July 27, 2018, Plaintiff filed his Complaint against the Defendants [Doc. 1].

2. On August 16, 2018, Defendants filed their Unopposed Motion for Extension of Time to Respond to the Complaint [Doc. 6] until September 13, 2018.

3. On August 16, 2018, the Court entered an Order [Doc. 7] granting Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint until September 13, 2018.

4. On September 13, 2018, Defendants filed their Motion to Dismiss, or in the Alternative, Motion to Transfer Venue [Doc. 9] and Defendants' Brief in Support of Motion to Dismiss, or in the Alternative, Motion to Transfer Venue [Doc.10] (collectively "Motion"). In the Motion, the Defendants asked the Court to dismiss the Complaint for lack of personal

jurisdiction and improper venue, or in the alternative, transfer venue to the Northern District of Oklahoma pursuant to Oklahoma pursuant to Fed. R. Civ. P. 12(b)(2) & (3), 28 U.S.C. 1406(a) and/or 28 U.S.C. 1404 (a).

5. Plaintiff and Defendant have reached an agreement to transfer this case to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. 1404 (a).

6. Plaintiff and Defendants propose the Agreed Order attached hereto as Exhibit "1" for consideration by the Court.

WHEREFORE, premises considered, Plaintiff and Defendants, respectfully request that this Court enter an Order transferring this matter to the United States District Court for the Northern District of Oklahoma.

Respectfully submitted,

/s/ Josh Sanford
Daniel Ford, AR Bar No. 2014162
Chris Burks, AR Bar No. 2010207
Josh Sanford, AR Bar No. 2001037
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, AR   72211
Telephone:  (501) 221-0088
Facsimile:  (888) 787-2040
daniel@sanfordlawfirm.com
chris@sanfordlawfirm.com
josh@sanfordlawfirm.com

**Attorneys for Plaintiff**

And

*/s/Gregory J. Northen*
Gregory J. Northen, AR Bar No. 2011181
CROSS, GUNTER, WITHERSPOON
    &amp; GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, AR 72201
Telephone (501) 371-9999
Facsimile (501) 371-0035
gnorthen@cgwg.com

**Attorneys for Filtrex Service Group, Inc. and Christopher Blount**

## CERTIFICATE OF SERVICE

I, Gregory J. Northen, the undersigned, hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

    Daniel Ford, AR Bar No. 2014162
    Chris Burks, AR Bar No. 2010207
    Josh Sanford, AR Bar No. 2001037
    SANFORD LAW FIRM, PLLC
    One Financial Center
    650 South Shackleford Road, Suite 411
    Little Rock, AR   72211
    Telephone:  (501) 221-0088
    Facsimile:  (888) 787-2040
    daniel@sanfordlawfirm.com
    chris@sanfordlawfirm.com
    josh@sanfordlawfirm.com
    **Attorneys for Plaintiff**

    */s/ Gregory J. Northen*
    Gregory J. Northen