IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

**SCOTT AVERY WILSON, Individually and**         **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

v.        No. 4:18-cv-499-JED-CDL

**FILTREX SERVICE GROUP, INC.,**         **DEFENDANTS**
**and CHRISTOPHER BLOUNT**

## JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL

Plaintiff Scott Avery Wilson, individually and on behalf of all other similarly situated, and Defendants Filtrex Service Group, Inc., and Christopher Blount, by and through their respective undersigned counsel, submit the following for their Joint Motion for Extension of Time to File Stipulation of Dismissal:

1. The Parties notified this Court that they had reached a settlement in principle that would resolve all Plaintiffs' claims in this matter. Minute Order, ECF No. 55.

2. Plaintiff later requested a third brief extension of time to file the Parties' dismissal papers. Plaintiff's Motion for Extension of Time to File Stipulation of Dismissal, ECF No. 60.

3. This Court granted the Parties' Motion and subsequently set the deadline for the Parties to file their dismissal papers as March 28, 2022. Minute Order, ECF No. 61.

Page 1 of 3
Scott Avery Wilson, et al. v. Filtrex Service Group, Inc., et al.
U.S.D.C. (N.D. Okla.) No. 4:18-cv-499-JED-CDL
Joint Motion for Extension of Time to File Stipulation of Dismissal

4. The Parties have finalized a settlement agreement, and all necessary signatures from Plaintiffs have been obtained; however, the Parties require more time in order to obtain the Defendants' signatures on the agreement.

5. Accordingly, the Parties request that the deadline to file their Stipulation of Dismissal be extended for 14 days, up to and including April 11, 2022.

6. This extension is sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiff and Defendants pray this Court grant this Motion to extend the deadline to file their Joint Stipulation of Dismissal to April 11, 2022, and for all other necessary and proper relief.

Respectfully submitted,

**SCOTT AVERY WILSON, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*Admitted pro hac vice*

ARMSTRONG & VAUGHT, P.L.C.
2727 E 21st Street, Suite 505
Tulsa, Oklahoma 74114
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

*/s/ Charles Vaught*
Charles Vaught
Okla. Bar No. 19962
cvaught@a-vlaw.com

Page 2 of 3
Scott Avery Wilson, et al. v. Filtrex Service Group, Inc., et al.
U.S.D.C. (N.D. Okla.) No. 4:18-cv-499-JED-CDL
Joint Motion for Extension of Time to File Stipulation of Dismissal

      and    **FILTREX SERVICE GROUP, INC., and CHRISTOPHER BLOUNT, DEFENDANTS**

GABLEGOTWALS
110 North Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120
Telephone: (918) 595-4800
Facsimile: (918) 595-4990

*/s/ Christopher S. Thrutchley*
Christopher S. Thrutchley
OBA No. 15859
cthrutchley@gablelaw.com

John D. Russell
OBA No. 13343
jrussell@gablelaw.com

Justin A. Lollman
OBA No. 32051
jlollman@gablelaw.com

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that on the date imprinted above, a true and correct copy of the foregoing MOTION was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

John D. Russell, Esq.
Christopher S. Thrutchley, Esq.
Justin A. Lollman, Esq.
GABLEGOTWALS
110 North Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
jrussell@gablelaw.com

                            */s/ Josh Sanford*
                            **Josh Sanford**

Page 3 of 3
Scott Avery Wilson, et al. v. Filtrex Service Group, Inc., et al.
U.S.D.C. (N.D. Okla.) No. 4:18-cv-499-JED-CDL
Joint Motion for Extension of Time to File Stipulation of Dismissal