IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT AVERY WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FILTREX SERVICE GROUP, INC. and CHRISTOPHER BLOUNT, Individually<br><br>Defendants | Case No. 18-CV-499-JED-FHM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs and Defendants, by and through their respective counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of the claims of Plaintiffs with prejudice, with all rights of appeal waived. Plaintiffs and Defendants shall each bear their own attorneys' fees and costs.

SUBMITTED BY:

*/s/Josh Sanford*
Josh Sanford, Ark. Bar No. 2001037
*Admitted Pro Hac Vice*
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
*josh@sanfordlawfirm.com*

Charles Vaught, OBA No. 19962
ARMSTRONG & VAUGHT, P.L.C.
2727 E. 21st Street, Ste. 505
Tulsa, Oklahoma  74114
Telephone: (405) 235-6110
Facsimile: (405) 235-6111
*cvaught@a-vlaw.com*
**ATTORNEYS FOR PLAINTIFFS**

*/s/Chris S. Thrutchley*
Chris S. Thrutchley, OBA No. 15859
John D. Russell, OBA No. 13443
Justin A. Lollman, OBA No. 32051
GABLEGOTWALS
100 West Fifth Street, Ste. 1100
Tulsa, Oklahoma 74103-4217
(918) 595-4800 – Telephone
(918) 595-4995 – Fax
*jrussell@gablelaw.com*
*cthrutchley@gablelaw.com*
*jlollman@gablelaw.com*
**ATTORNEYS FOR DEFENDANTS**